■ Tami Tal Biton et al., Respondents, v Sameh S. Serour et al., Appellants. [39 NYS3d 781]—Appeal from order, Supreme Court, New York County (Leticia M. Ramirez, J.), entered March 9, 2016, which, to the extent appealed from as limited by the briefs, restricted infant plaintiff's deposition testimony to the issue of damages, unanimously dismissed, without costs.

The compliance order on appeal is not appealable as of right because it did not decide a motion made on notice, nor did defendants make a motion seeking leave to appeal (see CPLR 5701 [a] [2]; Diaz v New York Mercantile Exch., 1 AD3d 242, 243 [1st Dept 2003]). Concur—Tom, J.P., Mazzarelli, Richter, Manzanet-Daniels and Webber, JJ.